IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEST BUY STORES, LP dba BEST ) <br> BUY #838; MOCK RANCH, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:10-cv-02466-GEB-DAD <br><br> <u>ORDER GRANTING LEAVE TO FILE</u> <br> <u>FIRST AMENDED COMPLAINT</u> |

On April 22, 2011, Plaintiff filed a motion to amend her complaint, which is unopposed. (ECF No. 13.) Since the motion is unopposed, the merits of amendment under the good cause standard is not reached and the motion is GRANTED. Therefore, Plaintiff has leave to file the First Amended Complaint attached to her motion within five (5) days.

Dated:  June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1